(101 South. 174)

Ex parte STATE ex rel. ATTORNEY GENERAL.

PRINCE v. STATE.

(4 Div. 145.)

(Supreme Court of Alabama. June 19, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner.
Powell & Reid, of Andalusia, opposed.

MILLER, J. Charlie Prince was convicted of an offense and appealed to the Court of Appeals, where the judgment of conviction was reversed, and the state, on the relation of its Attorney General, petitions for certiorari to the Court of Appeals, to review and revise the judgment and decision rendered in the case styled Prince v. State (Ala. App.) 101 South. 174.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.